DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-06-00323-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

ASN
ENTERPRISES, INC.,            §          APPEAL FROM THE 

APPELLANT

 

V.        §          COUNTY
COURT AT LAW NO. 2 OF

 

THE
STATE OF TEXAS, JFM, INC,

GEORGE M. CURTIN AND           §          SMITH
COUNTY, TEXAS

GAIL
A. CURTIN,    

APPELLEES

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant ASN Enterprises, Inc. has filed a motion to
dismiss this appeal.  In its motion, ASN
states that the parties have settled the matters in controversy and requests
that the appeal be dismissed.  A copy of
the motion has been sent to all counsel of record.  Because ASN has met the requirements of Texas
Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal
is dismissed.

Opinion
delivered September 12, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)